IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-CV-80929-RYSKAMP

RICHARD and BETHANY COTROMANO, as
parents and natural guardians of ELIZABETH
GRACE COTROMANO, a minor,

    Plaintiffs,

vs.

UNITED TECHNOLOGIES CORPORATION,
d/b/a PRATT & WHITNEY, and PALM
BEACH AGGREGATES, LLC

    Defendants.
_____/

## AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING

Defendant, United Technologies Corporation, Pratt & Whitney Group, ("Pratt & Whitney"), moves for an extension of time for Defendants, Pratt & Whitney and Palm Beach Aggregates, to file a responsive pleading, and states as follows:

1.    On November 6, 2014, the District Court issued an Order Denying Motions to Dismiss, Denying Motion for Lone Pine Scheduling Order and Denying Motion to Consolidate and to Enter Price-Anderson Order. [DE 101]  Defendants' responsive pleading is due on December 15, 2014. [DE 106]

2.    Defendants request this additional extension of time due to the fourteen related amended complaints and competing workload obligations.

3.    Defendants request an extension of time through December 22, 2014, to file a responsive pleading.

4. This request for an extension of time is not being made for purposes of delay, and will not prejudice Plaintiffs in any way. All counsel agree to the motion.

5. In accordance with S.D. Fla. L.R. 7.1(A)(2), attached hereto as Exhibit "A" is a proposed Order granting the relief requested herein.

WHEREFORE, Defendant United Technologies Corporation, Pratt & Whitney Group, respectfully requests that this Court grant Pratt & Whitney's Agreed Motion for Extension of Time for Defendants to File a Responsive Pleading up through December 22, 2014, without prejudice to a later date as may be agreed upon in the proposed scheduling report and order.

### CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), counsel for Defendant United Technologies Corporation, Pratt & Whitney Group, contacted counsel for Plaintiffs by telephone regarding the relief requested in this motion, and Plaintiffs' counsel had no objection to the relief sought by Defendant.

Respectfully submitted,

GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980
Facsimile: 561-655-5677
*Attorneys for Defendant United Technologies Corporation (Pratt & Whitney)*

By: s/Gregor J. Schwinghammer, Jr.
GREGOR J. SCHWINGHAMMER, JR.
Florida Bar No. 090158
gschwinghammer@gunster.com
G. JOSEPH CURLEY
Florida Bar No. 571873
jcurley@gunster.com
FABIENNE E. FAHNESTOCK
Florida Bar No. 00145483
ffahnestock@gunster.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2014, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Gregor J. Schwinghammer, Jr.
Gregor J. Schwinghammer, Jr.

## SERVICE LIST
### Cotromano v. Pratt & Whitney, et al.
### CASE NO. 9:13-CV-80929-RYSKAMP

Jack Scarola, Esq.
Mara Hatfield, Esq.
Searcy Denney Scarola
 Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Telephone: 561-686-6300
Facsimile: 561-383-9451
E-Mail: jsx@searcylaw.com;
mrh@searcylaw.com; dtm@searcylaw.com
*Attorneys for Plaintiffs*

Stephen J. Rapp, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road NE, Suite 2400
Atlanta, GA  30326
Telephone:  404-876-2700
Facsimile:  404-875-9433
E-Mail: srapp@wwhgd.com
*Attorney for Defendant, Palm Beach Aggregates, LLC*

WPB_ACTIVE 6171415.1